EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2005

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05-00076 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 846] |
| HENRY C. RAGASA, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

From a date unknown, up through and including on or about February 9, 2005, in the District of Hawaii, the Defendant, HENRY C. RAGASA, knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit,

approximately 518 grams, (gross weight), a Schedule II controlled substance.

All in violation of 21 U.S.C. §846.

DATED:  ___FEB 23 2005___, at Honolulu, Hawaii.

A TRUE BILL

/S/ _____

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_[signature]_
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. HENRY RAGASA
Cr. No. _____
"Indictment"

2