**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00076 JMS |
| | ) | Filed in the United States District Court District of Hawaii |
| Plaintiff, | ) | |
| vs. | ) | February 15, 2006 4:30 pm |
| | ) | SUE BEITIA, CLERK |
| HENRY J. RAGASA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, __FEB 15 2006__ .

_/s/ Victor Dalere_
VICTOR DALERE